```
LATOYA SHENICE HENDERSON        USDA RURAL   DEVEL
470 OLD BENTON RD               ATTN: BANKRUPTCY DEPT
YAZOO CITY, MS 39194            PO BOX 66889
                                ST. LOUIS, MO 63166



THOMAS C. ROLLINS, JR.          USDA RURAL DEVELOPMENT
THE ROLLINS LAW FIRM, PLLC      C/O US ATTORNEY
P.O. BOX 13767                  501 E COURT ST
JACKSON, MS 39236               STE 4.401
                                JACKSON, MS 39201


BRIDGECREST ACCEPTANCE
ATTN: BANKRUPTCY
PO BOX 53087 SUITE 100
PHOENIX, AZ 85072



CONSUMER PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 57071
IRVINE, CA 92619



FAST PACE
2121 GRAND AVE
YAZOO CITY, MS 39194



LEND NATION
315 E 15THST
YAZOO CITY, MS 39194



MUTUAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 25
VICKSBURG, MS 39181



NELNET
PO BOX 82561
LINCOLN, NE 68501



US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001
```