United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02963-JAW
Latoya Shenice Henderson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jan 14, 2026     Form ID: n031     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latoya Shenice Henderson, 470 Old Benton Rd, Yazoo City, MS 39194-4611 |
| 5592507 | + | Fast Pace, 2121 Grand Ave, Yazoo City, MS 39194-2312 |
| 5592508 | | Lend Nation, 315 E 15thSt, Yazoo City, MS 39194 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2026 19:32:44 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5592505 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 14 2026 19:32:00 | Bridgecrest Acceptance, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 5594648 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2026 19:42:51 | Bridgecrest Credit Company, LLC as Agent, and Servicer for Carvana, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5597783 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2026 19:42:56 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5592506 | + | Email/Text: bankruptcy@consumerportfolio.com | Jan 14 2026 19:32:00 | Consumer Portfolio, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5592509 | + | Email/Text: chill@mutualcu.org | Jan 14 2026 19:32:00 | Mutual Credit Union, Attn: Bankruptcy, Po Box 25, Vicksburg, MS 39181-0025 |
| 5592510 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2026 19:32:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5611496 | + | Email/Text: bncmail@w-legal.com | Jan 14 2026 19:32:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5592511 | ^ | MEBN | Jan 14 2026 19:28:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5599569 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2026 19:32:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 5592512 | + | Email/Text: sm.rd.so.bkr@usda.gov | Jan 14 2026 19:32:00 | USDA Rural Devel, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5592513 | + | Email/Text: ebone.woods@usdoj.gov | Jan 14 2026 19:32:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 14, 2026 | Form ID: n031 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Latoya Shenice Henderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02963−JAW
**Chapter:** 13

**In re:**

Latoya Shenice Henderson
aka Latoya Sherece Henderson
470 Old Benton Rd
Yazoo City, MS 39194

Notice of Entry of Order Confirming Plan

The Court entered an Order on January 14, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 14, 2026                    Danny L. Miller, Clerk of Court