In the United States Bankruptcy Court
Southern District of Mississippi

IN RE:  Latoya Shenice Henderson ) Chapter: 13
) Bankruptcy No: 25-02963
) Account No: 1865
) **REQUEST FOR NOTICE**

    Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO  63166

UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Housing Service

Date: 01/29/2026

/s/ Justin Wright

Justin Wright
Bankruptcy Processor
Centralized Servicing Center - USDA
1-800-349-5097 ext.