**Fill in this information to identify the case:**

Debtor 1 _____LaToya Henderson_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____Northern District of Mississippi_____
(State)

Case number  _25-02963_____

## Official Form 410S1

# Notice of Mortgage Payment Change                                   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**_USDA - Rural Housing Service_____
                        Customer Service Center

**Court claim no**. (if known): _____5_____

**Last 4 digits** of any number you use to identify the debtor's account:      __1_  __8_  __6_  __5_

**Date of payment change:**
Must be at least 21 days after date of this notice      ___02/08/2026___

**New total payment:**
Principal, interest, and escrow, if any      $ _____888.31

---

**Part 1:      Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**  $ _____292.75_      **New escrow payment:**      $ _____285.06

---

**Part 2:      Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**      _____%      **New interest rate:**      _____%

   **Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

---

**Part 3:      Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____896.00      **New mortgage payment:** $ _____888.31

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ William E. McClain _____     Date    08/07/2026

    Signature

Print:   William E. McClain _____     Title   Bankruptcy Specialist _____
       First Name          Middle Name          Last Name

Company   USDA - Rural Housing Service _____
       Customer Service Center

Address   PO Box 66879 _____
       Number          Street

       St. Louis, MO 63166 _____
       City                          State          ZIP Code

Contact phone   (800) 349-5097 ext._____          Email   csc.bkr@stl.usda.gov _____

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

**Completed By:** William E. McClain                                                    08/07/2026

(Date)

**Debtor(s) &** LaToya Henderson

**Address:**

470 Old Benton Road
Yazoo City, MS 39194

| | |
|---|---|
| **Case No.** | 25-02963 |
| **Claim No.** | 5 |
| **USDA Acct No.** | 1 8 6 5 |

**Attorney &** Carl Thomas Rollins, Jr.
**Address:** The Rollins Law Firm, LLC
P.O. 13767
Jackson, MS 39236

**Trustee &** Locke D. Barkley
**Address:** P.O. Box 4476
Jackson, MS 39296-4476

**Effective** 02/08/2026 **, the monthly ongoing payment is changing due to:**

No    Yes ✓ **ESCROW:**

No ✓ Yes    **OTHER:**

## PAYMENT CALCULATION

| Current Payment | | New Payment | |
|---|---|---|---|
| Principal & Interest | 603.25 | Principal & Interest | 603.25 |
| Less Subsidy | | Less Subsidy | 0.00 |
| Total P&I Payment | 603.25 | Total P&I Payment | 603.25 |
| Escrow | 292.75 | Escrow | 270.97 |
| Escrow shortage | 0.00 | Escrow shortage | 14.09 |
| Total Escrow | 292.75 | Total Escrow | 285.06 |
| Fees | 0.00 | Fees | 0.00 |
| Total Payment | 896.00 | Total Payment | 888.31 |

**Northern District of Mississippi**

Case No.    25-02963
Claim No.       5

Name: LaToya Henderson

## CERTIFICATE OF SERVICE

I,   William E. McClain   , do hereby certify that on   08/07/2026  , I served copies of the Notice of Mortgage Payment  Change,    to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Debtor(s)

LaToya Henderson

470 Old Benton Road
Yazoo City, MS 39194

Via CM/ECF:

Debtor's Attorney of Record:

Carl Thomas Rollins, Jr.
The Rollins Law Firm,  LLC
P.O. 13767
Jackson, MS  39236

Chapter 13 Trustee:

Locke D. Barkley
P.O. Box 4476
Jackson, MS 39296-4476

Date:  08/07/2026

/s/  William E. McClain

 William E. McClain
 Bankruptcy Specialist
 USDA, Rural Housing Service
 1-800-349-5097 ext. 5414

**Fill in this information to identify the case:**

Debtor 1 _____LaToya Henderson_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern District of Mississippi___
(State)

Case number __25-02963_____

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service
Customer Service Center

**Court claim no.** (if known): _____5_____

**Last 4 digits** of any number you use to identify the debtor's account: __1__ __8__ __6__ __5__

**Date of payment change:**
Must be at least 21 days after date of this notice: ___02/08/2026___

**New total payment:**
Principal, interest, and escrow, if any: $ _____888.31_____

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____292.75_____       **New escrow payment:** $ _____285.06_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%       **New interest rate:** _____%

   **Current principal and interest payment:** $ _____       **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____896.00_____       **New mortgage payment:** $ _____888.31_____

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ William E. McClain                                                    Date   08/07/2026
   Signature

Print:    William E. McClain                                       Title   Bankruptcy Specialist
           First Name     Middle Name    Last Name

Company   USDA - Rural Housing Service
           Customer Service Center

Address    PO Box 66879
           Number        Street

           St. Louis, MO 63166
           City           State    ZIP Code

Contact phone  (800) 349-5097 ext._____       Email  csc.bkr@stl.usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**

**PAYMENT CHANGE SUMMARY**

**Completed By:** William E. McClain

08/07/2026

(Date)

| | | |
|---|---|---|
| **Debtor(s) & Address:** | LaToya Henderson | |
| | 470 Old Benton Road | |
| | Yazoo City, MS 39194 | |

| | |
|---|---|
| **Case No.** | 25-02963 |
| **Claim No.** | 5 |
| **USDA Acct No.** | 1 8 6 5 |

**Attorney & Address:** Carl Thomas Rollins, Jr.
The Rollins Law Firm, LLC
P.O. 13767
Jackson, MS 39236

**Trustee & Address:** Locke D. Barkley
P.O. Box 4476
Jackson, MS 39296-4476

**Effective** 02/08/2026 **, the monthly ongoing payment is changing due to:**

No    Yes ✓ **ESCROW:**

No ✓ Yes    **OTHER:**

### PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 603.25 | Principal & Interest | 603.25 |
| Less Subsidy | | Less Subsidy | 0.00 |
| Total P&I Payment | 603.25 | Total P&I Payment | 603.25 |
| | | | |
| Escrow | 292.75 | Escrow | 270.97 |
| Escrow shortage | 0.00 | Escrow shortage | 14.09 |
| Total Escrow | 292.75 | Total Escrow | 285.06 |
| | | | |
| Fees | 0.00 | Fees | 0.00 |
| | | | |
| Total Payment | 896.00 | Total Payment | 888.31 |

| Northern District of Mississippi | Case No.   25-02963 |
|---|---|
| | Claim No.   5 |

## CERTIFICATE OF SERVICE

I,   William E. McClain  , do hereby certify that on   08/07/2026  , I served copies of the Notice of Mortgage Payment  Change,   to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

LaToya Henderson

470 Old Benton Road
Yazoo City, MS 39194

**Via CM/ECF:**

Debtor's Attorney of Record:

Carl Thomas Rollins, Jr.
The Rollins Law Firm,  LLC
P.O. 13767
Jackson, MS  39236

Chapter 13 Trustee:

Locke D. Barkley
P.O. Box 4476
Jackson, MS 39296-4476

Date:  08/07/2026

/s/  William E. McClain

 William E. McClain
 Bankruptcy Specialist
 USDA, Rural Housing Service
 1-800-349-5097 ext. 5414

"